ALICIA A.G. LIMTIACO
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam  96910
PHONE:  472-7332
FAX:  472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 13-00034 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JASON FLANARY, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, JASON FLANARY, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity,

The court hereby orders JASON FLANARY committed to the U.S. Marshal's Office for the District of Guam for removal to the District of Nebraska and there deliver him to the U.S. Marshal for the District of Nebraska or to some other officer authorized to receive him.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 04, 2013