


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

March 5, 2013

Ms. Denise Lucks,
Clerk
United States District Court
District of Nebraska
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

**RECEIVED**

MAR 11 2013

CLERK
U.S. DISTRICT COURT
OMAHA

RE: *District Court of Guam Magistrate Case MJ-13-00034-001*
*USA vs Jason Flanary*
*District of Nebraska Case No. 12MJ388*

Dear Ms. Lucks:

The above-entitled case has been ordered removed back to your district. Mr. Jason Flanary appeared in our district on March 4, and waived identity. Mr. Flanary was remanded to the custody of the U.S. Marshal's Office for the District of Guam for removal.

You may access electronically filed documents in this case via our ECF/PACER web address: http://ecf.gud.uscourts.gov.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Walter M. Tenorio
Deputy Clerk

**RECEIVED**

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

CLERK'S OFFICE
DISTRICT COURT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

OFFICIAL BUSINESS

RECEIVED

MAR 18 2013

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

U.S. DISTRICT COURT OF GUAM
4th FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGATNA, GUAM 96910

District of Guam
U.S. Marshals Service

MAR 18 2013

SCANNED

9691049160

neopost
045J83078002
$0.460
Mailed From 96910
03/05/2013
US POSTAGE